*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-116**

IN RE WILLIAM C. PLANTA

**2019 DDN 57**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 462383**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

**O R D E R**
(FILED – July 30, 2020)

On consideration of the certified order from the Court of Appeals of Maryland disbarring respondent from the practice of law in that jurisdiction; this court's February 13, 2020, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that William C. Planta is hereby disbarred from the practice of law in the District of Columbia. It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

**PER CURIAM**